

UNITED STATES OF AMERICA

    *Plaintiff*

versus                                                  CIVIL ACTION NO. 09-109-FJP-DLD

CHIQUITA L. WILEY
a/k/a CHIQUITA L. GRIFFIN

    *Defendant*

## ORDER

Considering the parties' *Joint Motion for Entry of Consent Judgment*, and for good cause shown:

IT IS HEREBY ORDERED that the motion is GRANTED;

IT IS FURTHER ORDERED that upon the Court's execution of the Consent Judgment, it shall be filed by the Clerk of Court in this action.

Baton Rouge, Louisiana, this __3__ day of __March__, 2009.

                                                            FRANK J. POLOZOLA
                                                            UNITED STATES DISTRICT JUDGE